# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Andrew Elliott Wilkinson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00755-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Advisors | ) | |
| Mike Quimby | | |
| Angie Ostendarp | | |
| Andy Tullis**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court   and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 15, 2017 Order.

February 15, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court